PROB 12C
(6/16)

Report Date: December 20, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Daniel T. Kolle               Case Number: 0980 2:15CR00144-SMJ-3

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: July 21, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Bank Fraud, 18 U.S.C. § 1344 and 1349 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 162 days; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: | July 22, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | July 21, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 9**: The defendant will receive instruction from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed. |
| | **Supporting Evidence**: Daniel Kolle failed to report to U.S. Probation as directed, since on or about December 19, 2016, in violation of standard condition number 9 of the terms of his supervised release. |
| | On December 13, 2016, the undersigned officer called the offender and left a voice message directing him to call or report to the undersigned officer as he has failed to report to his Washington State Department of Corrections (DOC) community corrections officer as directed, and also failed to report for his random urine test on December 12, 2016.  The offender failed to return the undersigned's call or report to the office to discuss the matter. |
| | After numerous telephone calls went unreturned, the undersigned officer attempted to speak with Mr. Kolle at his residence on December 16, 2016.  There was no answer at the door. The undersigned officer left a business card on the door of the residence directing the offender to report to the U.S. Probation Office on December 19, 2016, at 11:30 a.m. |

Prob12C
**Re: Kolle, Daniel T**
**December 20, 2016**
**Page 2**

   Mr. Kolle failed to report to the U. S. Probation Office on December 19, 2016. Mr. Kolle's current whereabouts are unknown to his U.S. probation officer.

2  **Special Condition # 20**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Mr. Kolle failed to report for his random drug test on December 12, 2016, in violation of special condition number 20 of the terms of his supervised release.

3  **Special Condition # 21**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

   **Supporting Evidence**: Daniel Kolle failed to attend scheduled substance abuse counseling sessions at Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) on December 9, 12, 13, 16, and 19, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/21/2016
Date