PROB 12C
(6/16)

Report Date: January 28, 2019

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Daniel T. Kolle                Case Number: 0980 2:15CR00144-SMJ-3

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: July 21, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Bank Fraud, 18 U.S.C. § 1344 and 1349 | |
| Original Sentence: | Prison - 162 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (3/03/2017) | Prison - 3 months: TSR - 33 months | |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: June 13, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 12, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.
 | **Supporting Evidence**: Daniel Kolle was unsuccessfully discharged from his substance abuse treatment program on December 1, 2018.
 | According to the discharge summary from ADEPT, Mr. Kolle attended his intake appointment and treatment sessions in October 2018. Mr. Kolle failed to attend any treatment sessions since November 1, 2018.  Due to failing to attend his scheduled treatment sessions, Mr. Kolle was terminated from the program.

Prob12C
**Re: Kolle, Daniel T**
**January 28, 2019**
**Page 2**

On June 13, 2017, Daniel Kolle signed his judgment for case number 2:15CR00144-SMJ-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Kolle was made aware by his U.S. probation officer that he must successfully complete an approved substance abuse treatment program.

2   **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Daniel Kolle violated conditions of his supervised release by consuming methamphetamine on or about March 29 and April 6, 2018, contrary to special condition number 6 of his supervised release.

On January 8, 2019, Mr. Kolle reported to the Washington Department of Corrections Office as directed to provide a urine test. Mr. Kolle was observed to be wearing a device intended to provide a false urine test. Mr. Kolle was directed to remove the device. At that time, he admitted he had consumed a controlled substance, methamphetamine. Mr. Kolle was taken into Washington State Department of Corrections custody at that time for the violation behaviors. On January 17, 2019, Mr. Kolle admitted to the violations in a Department of Corrections violation hearing and had his Drug Offender Sentencing Alternative sentence revoked. He was returned to prison for the remainder of his sentence.

On June 13, 2017, Daniel Kolle signed his judgment for case number 2:15CR00144-SMJ-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Kolle was made aware by his U.S. probation officer that he must not use illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1/28/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
Re: Kolle, Daniel T
January 28, 2019
Page 3

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

__01/28/2019__
Date