PROB 12C
(6/16)

Report Date: October 20, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel T. Kolle | Case Number: 0980 2:15CR00144-SMJ-3 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr.,  U.S. District Judge

Date of Original Sentence: July 21, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 162 days; TSR - 36 days | Type of Supervision: Supervised Release |
| Revocation Sentence: (03/03/2017) | Prison - 3 Months TSR - 33 Months | |
| Revocation Sentence: (06/25/2019) | Prison - 77 Days TSR - 56 Months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: August 28, 2020 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: April 27, 2025 |

### PETITIONING THE COURT

**To issue a SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Mr. Kolle violated his conditions of supervised release by being arrested for the crime of assault fourth degree domestic violence. |
| | On September 1, 2020, Mr. Kolle's conditions of supervised release were reviewed. On September 6, 2020, Mr. Kolle signed his judgment acknowledging an understanding of his conditions of supervision, to include mandatory condition number 1, as noted above. |
| | On October 17, 2020, per Spokane Police Department report number 2020-20182785, Mr. Kolle was arrested for assault fourth degree domestic violence. Mr. Kolle and his girlfriend of three months were in an argument at her residence which gradually escalated. It was reported by both Mr. Kolle and his girlfriend there was an incident on the stairs of the residence at the fault of the other person. The responding law enforcement officers |


Prob12C
Re: Kolle, Daniel T.
October 20, 2020
Page 2

determined Mr. Kolle was responsible based physical evidence and he was arrested and booked into Spokane County Jail.

On October 18, 2020, Mr. Kolle was released on his own recognizance. Charges remain pending in the Spokane Municipal Court under docket XZ0507075. Mr. Kolle's next court date is scheduled 10/21/2020.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/20/2020

Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/21/2020
Date