PROB 12C
(6/16)

Report Date: November 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel T. Kolle         Case Number: 0980 2:15CR00144-SMJ-3

Address of Offender:                      Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: July 21, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 162 days<br>TSR - 36 months | Type of Supervision: Probation |
| Revocation Sentence:<br>(03/03/2017) | Prison - 3 months<br>TSR - 33 months | |
| Revocation Sentence:<br>(06/25/2019) | Prison - 21 days<br>TSR - 56 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: August 28, 2020 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: August 27, 2025 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/17/2021 and 10/7/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

8    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Kolle is alleged to have violated his conditions of supervised release by being unsuccessfully discharged from Pioneer Human Service (PHS) on November 19, 2021, due to no clinical contact for 30 days.

On September 1, 2020, Mr. Kolle's conditions of supervised release were reviewed with him. On September 6, 2021, Mr. Kolle signed his judgement, acknowledging an understanding of his conditions of supervision, to include special condition number 4 as noted above.

Prob12C
**Re: Kolle, Daniel T**
**November 19, 2021**
**Page 2**

> On April 20, 2021, Mr. Kolle was admitted to PHS for treatment services following a referral made by the undersigned officer. Clinicians determined Mr. Kolle would benefit from group and individual therapy sessions, to build and utilize his relapse prevention skills. However, Mr. Kolle's attendance became more and more infrequent and he was ultimately unsuccessfully discharged on November 19, 2021, due to no clinical contact for 30 days. This was confirmed by a PHS discharge summary.

9   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

> **Supporting Evidence**: Mr. Kolle is alleged to have violated his conditions of supervised release by failing to report for scheduled urinalysis (UA) testing on October 6 and 14, 2021, and November 5 and 17, 2021.
>
> On September 1, 2020, Mr. Kolle's conditions of supervised release were reviewed with him. On September 6, 2021, Mr. Kolle signed his judgement, acknowledging an understanding of his conditions of supervision, to include special condition number 5 as noted above.
>
> On October 1, 2020, Mr. Kolle was placed on random urinalysis testing with PHS and was required to provide a urine sample when his assigned color was identified for testing. Mr. Kolle was reported as a "no show" on October 6 and 14, 2021, and November 5 and 17, 2021. This was confirmed by a PHS UA attendance roster.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/19/2021

s/Mark E. Hedge

Mark E Hedge
U.S. Probation Officer

Prob12C
**Re: Kolle, Daniel T**
**November 19, 2021**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

11/22/2021
Date