PROB 12C
(6/16)

Report Date: October 7, 2021

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Oct 07, 2021**

Eastern District of Washington

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel T. Kolle | Case Number: 0980 2:15CR00144-SMJ-3 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: July 21, 2016

Original Offense:        Conspiracy to Bank Fraud, 18 U.S.C. §§ 1344 and 1349

| | | |
|---|---|---|
| Original Sentence: | Prison - 162 Days<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(03/03/2017) | Prison - 3 Months<br>TSR - 33 Months | |
| Revocation Sentence:<br>(06/25/2019) | Prison - 21 Days<br>TSR - 56 Months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: August 28, 2020 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: April 27, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/17/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Kolle is alleged to have violated his conditions of supervised release by using amphetamine and methamphetamine on or about September 17, 2021.<br><br>On September 1, 2020, Mr. Kolle's conditions of supervised release were reviewed. On September 6, 2021, Mr. Kolle signed his judgement, acknowledging an understanding of his conditions of supervision, to include mandatory condition #3 as noted above.<br><br>On September 28, 2021, this officer received information from the Washington State Department of Corrections that an oral swab collected from Mr. Kolle, to test him for |

Prob12C
**Re: Kolle, Daniel T**
**October 7, 2021**
**Page 2**

|   |   |
|---|---|
|   | prohibited substances, was confirmed positive for amphetamine and methamphetamine by Cordant Labs on September 24, 2021. It should be noted, Mr. Kolle's community corrections officer reported Mr. Kolle denied any use of controlled substance prior to the collection of the sample being obtained. |
| 7 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Mr. Kolle is alleged to have violated his conditions of supervised release by failing to report for scheduled urinalysis (UA) testing on September 30, 2021. This was confirmed by Pioneer Human Services' (PHS) UA attendance roster. |
|   | On September 1, 2020, Mr. Kolle's conditions of supervised release were reviewed. On September 6, 2021, Mr. Kolle signed his judgement, acknowledging an understanding of his conditions of supervision, to include special condition #5 as noted above. |
|   | On October 1, 2020, Mr. Kolle was placed on random urinalysis testing with PHS and was required to provide a urine sample when his assigned color was identified for testing. |
|   | Mr. Kolle neglected to call the undersigned officer to reschedule another urinalysis following his absence. When confronting him about his failure to report for testing, the undersigned officer was informed the offender was experiencing symptoms related to COVID-19. Therefore, a make-up test was not offered until medical clearance was provided. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/07/2021

s/Mark Hedge

Mark Hedge
U.S. Probation Officer

Prob12C
**Re: Kolle, Daniel T**
**October 7, 2021**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [X]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

10/07/2021
Date