PROB 12C
(6/16)

Report Date: February 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel T. Kolle                                    Case Number: 0980 2:15CR00144-MKD-3

Address of Offender: ██████████████  Mead, Washington 99021

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 21, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 162 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(03/03/2017) | Prison - 3 months<br>TSR - 33 months | |
| Revocation Sentence:<br>(6/25/2019) | Prison - 21 days<br>TSR - 56 months | |
| Revocation Sentence:<br>(02/08/2022) | Prison - 6 months<br>TSR - 50 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: July 22, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 21, 2026 |

## PETITIONING THE COURT

To issue a summons.

On July 21, 2022, a supervision intake was completed.  Daniel Kolle acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Kolle, Daniel T**
**February 22, 2023**
**Page 2**

      **Supporting Evidence**: It is alleged that Daniel Kolle violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about February 10, 2023.

      On February 16, 2023, Mr. Kolle reported to the United States Probation Office for a urinalysis. The sample tested presumptive positive for methamphetamine. Mr. Kolle admitted to consuming methamphetamine and signed a drug use admission form indicating he consumed the substance on February 10, 2023.

2      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: It is alleged that Daniel Kolle violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about February 17, 2023.

      On February 22, 2023, Mr. Kolle reported to the United States Probation Office for a urinalysis. Prior to submitting to the urinalysis, Mr. Kolle met with the undersigned. At that time, he denied use of illicit substances since the February 10, 2023, admitted use noted in violation number 1 above.

      The sample submitted on February 22, 2023, tested presumptive positive for methamphetamine. Mr. Kolle admitted to consuming methamphetamine and signed a drug use admission form indicating he consumed the substance on February 17, 2023.

      The sample was an insufficient amount for laboratory testing and was therefore not sent to the lab for further testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/22/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Kolle, Daniel T**
**February 22, 2023**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*M.K.Dimke*

_____
Signature of Judicial Officer

2/22/2023
_____
Date