PROB 12C
(6/16)

Report Date: March 8, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 09, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel T. Kolle                    Case Number: 0980 2:15CR00144-MKD-3

Address of Offender: ███████████████, Mead, Washington 99021

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 21, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 162 days;<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(03/03/2017) | Prison - 3 months<br>TSR - 33 months | |
| Revocation Sentence:<br>(6/25/2019) | Prison - 21 days<br>TSR - 56 months | |
| Revocation Sentence:<br>(02/08/2022) | Prison - 6 months<br>TSR - 50 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: July 22, 2022 |
| Defense Attorney: | Federal Defenders Officer | Date Supervision Expires: September 21, 2026 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/22/2023.

On July 21, 2022, a supervision intake was completed. Daniel Kolle acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Kolle, Daniel T.
March 8, 2023
Page 2

**Supporting Evidence**: It is alleged that Daniel Kolle violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about February 27, 2023.

On March 1, 2023, Mr. Kolle reported to the U.S. Probation Office for a urinalysis. The sample tested presumptive positive for methamphetamine. Mr. Kolle admitted to consuming methamphetamine and signed a drug use admission form indicating he consumed the substance on February 27, 2023.

4    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Daniel Kolle violated the terms of his supervised release by failing to report as directed, on or about March 6, 2023.

On March 1, 2023, Mr. Kolle reported to the U.S. Probation Office. Due to his continued use of illicit substances, a discussion about entering a detox or withdrawal management facility occurred. The undersigned attempted to obtain placement at the Spokane Regional Crisis Stabilization Center (SRCSC) for Mr. Kolle, but a decision by them was not made by the time Mr. Kolle left the office. He was provided with contact information for other facilities and advised to look into them if he was not accepted into the SRCSC and to keep the undersigned updated. At that time, he was directed to report again on March 6, 2023.

On March 6, 2023, Mr. Kolle failed to report.

On March 8, 2023, at approximately 9:10 a.m., the undersigned contacted Mr. Kolle about his failure to report. When questioned as to why he did not report as directed on March 6, 2023, he advised the appointment card the undersigned gave him said to report on March 16, 2023 (written as 3/16/23) at 3 p.m.

Mr. Kolle was advised that did not make much sense since we were working on getting him into treatment and the undersigned verbally told him to report on Monday, March 6, 2023. Even if the undersigned mistakenly wrote, "March 16, 2023", Mr. Kolle knew he was to report on March 6, 2023, based on verbal instruction, to follow up on treatment.

Mr. Kolle sent a picture of the appointment card to the undersigned. The appointment also had the day of the week of "Monday" written on it, which would coincide with March 6, 2023; March 16, 2023, is a Thursday.

Daniel Kolle was then directed to report by 12 p.m. that same day, March 8, 2023, to the probation office. He was directed to bring in the appointment card as the undersigned had concerns that he may have altered the date on the card by placing a "1" in front of the "6".

On March 8, 2023, Mr. Kolle reported 40 minutes late. He did not have the appointment card in his possession as requested by the undersigned.

Prob12C
**Re: Kolle, Daniel T.**
**March 8, 2023**
**Page 3**

5          **Special Condition #2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** It is alleged that Daniel Kolle violated the terms of his supervised release by failing to attend substance abuse treatment, on or about March 2, 2023.

Mr. Kolle is enrolled in substance abuse outpatient treatment services with Pioneer Human Services (PHS). PHS advised that Mr. Kolle failed to appear for a substance abuse treatment group session on March 2, 2023.

6          **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Daniel Kolle violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about March 7, 2023.

On March 8, 2023, Mr. Kolle reported to the U.S. Probation Office for a urinalysis. The sample tested presumptive positive for methamphetamine. Mr. Kolle admitted to consuming methamphetamine and signed a drug use admission form indicating he consumed the substance on March 7, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/08/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Kolle, Daniel T.**
**March 8, 2023**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]  Defendant to appear before the Judge assigned to the
      case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

3/9/23
_____
Date