PROB 12C
(6/16)

Report Date: July 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel T. Kolle                                   Case Number: 0980 2:15CR00144-MKD-3

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 21, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Bank Fraud, 18 U.S.C. § 1344 and 1349 | |
| Original Sentence: | Prison - 162 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (03/03/2017) | Prison - 3 months TSR - 33 months | |
| Revocation Sentence: (06/25/2019) | Prison - 21 days TSR - 56 months | |
| Revocation Sentence: (02/08/2022) | Prison - 6 months TSR - 50 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: July 22, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: September 21, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/22/2023, 3/9/2023 and 7/13/2023.

On July 21, 2022, a supervision intake was completed. Daniel Kolle acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but |

Prob12C
Re: Kolle, Daniel T
July 18, 2023
Page 2

no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Daniel Kolle violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about July 9, 2023.

On July 9, 2023, Mr. Kolle submitted to a urinalysis at the residential reentry center (RRC). The urine sample was sent to the lab for testing. On July 18, 2023, the RRC provided the probation officer with the lab report, which notes a positive presence for amphetamine (1884 ng/mL) and methamphetamine (11029 ng/mL).

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/18/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/18/2023
Date