PROB 12C
(6/16)

Report Date: July 15, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel T. Kolle                    Case Number: 0980 2:15CR00144-MKD-3

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 21, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 162 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(03/03/2017) | Prison - 3 months<br>TSR - 33 months | |
| Revocation Sentence:<br>(06/25/2019) | Prison  - 21 days<br>TSR - 56 months | |
| Revocation Sentence:<br>(02/08/2022) | Prison - 6 months<br>TSR - 50 months | |
| Revocation Sentence:<br>(08/23/2023) | Prison - 8 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: March 5, 2024 |
| Defense Attorney: | Carter Powers Beggs | Date Supervision Expires: March 4, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On March 4, 2024, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Kolle as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

Prob12C
**Re: Kolle, Daniel T**
**July 15, 2024**
**Page 2**

        **Supporting Evidence**: Mr. Kolle allegedly violated the terms of his supervised release by consuming a controlled substance, specifically methamphetamine, on or about June 29, 2024.

        On July 3, 2024, Mr. Kolle was asked to provide a random urine sample. After multiple attempts, Mr. Kolle eventually provided a sample that tested presumptive positive for methamphetamine. Mr. Kolle signed an admission form confirming the use of controlled substances. The urine sample was sent to the regional laboratory for further testing. On July 8, 2024, the sample provided by Mr. Kolle returned positive for methamphetamine.

2        **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

        **Supporting Evidence**: Mr. Kolle allegedly violated the above-stated condition of supervision by failing to notify the undersigned officer of his change in residence at least 10 days in advance.

        On June 27, 2024, Mr. Kolle failed to return to the Way Out Shelter as scheduled. According to staff, he was eventually contacted and instructed to report on that same date. Mr. Kolle failed to honor those instructions and was unsuccessfully terminated.

3        **Standard Condition #13:** You must follow the instructions of your probation officer related to the conditions of supervision.

        **Supporting Evidence**: Mr. Kolle allegedly violated the above-stated condition of supervision by disregarding his instructions to report to the Way Out Shelter.

        On July 3, 2024, Mr. Kolle was advised he could return to the Way Out Shelter on July 4, 2024. Mr. Kolle was directed to follow reporting instructions.

        On July 4, 2024, Mr. Kolle failed to report to the Way Out Shelter as instructed.

4        **Standard Condition #13:** You must follow the instructions of your probation officer related to the conditions of supervision.

        **Supporting Evidence**: Mr. Kolle allegedly violated the above-stated condition of supervision by disregarding his instructions to report to the men's homeless shelter.

        On July 3, 2024, Mr. Kolle was advised should he be ineligible to return to the Way Out Shelter, he must report to the mens homeless shelter.

        On July 8, 2024, the undersigned officer discovered Mr. Kolle failed to report to the mens homeless shelter as instructed.

5        **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer.

Prob12C
Re: Kolle, Daniel T
July 15, 2024
Page 3

**Supporting Evidence**: Mr. Kolle allegedly violated the above-stated condition of supervision by being dishonest with the undersigned officer on July 8, 2024.

On July 8, 2024, Mr. Kolle was questioned about where he had been residing as he was currently prohibited to use the Way Out Shelter. Mr. Kolle advised the undersigned officer he had been residing at the mens homeless shelter, specifically on July 5-6, 2024. Mr. Kolle confirmed his whereabouts on three different occasions with the undersigned officer. As such, he was advised this officer would follow up with his statements. Mr. Kolle then admitted he had lied about staying at the mens homeless shelter.

6   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Kolle allegedly violated the above-stated condition of supervision by failing to report for a scheduled office appointment with the undersigned officer on July 15, 2024.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/15/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other



Signature of Judicial Officer
7/15/2024

Date